# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LISA MANLEY-WASHINGTON,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 11-1817 LJO BAM<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**<br>(Doc. 10.) |

Plaintiff disobeyed this Court's January 13, 2012 order to file appropriate papers, no later than February 14, 2012, to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed. As such, this Court ORDERS plaintiff, no later than February 21, 2012, to file papers to show good cause why this Court should not impose sanctions, including monetary sanctions or dismissal with or without prejudice, against plaintiff and/or its counsel for failure to comply with the January 13, 2012 order. This order to show cause will be discharged if, no later than February 21, 2012, plaintiff files appropriate papers to dismiss this action in its entirety. This Court ADMONISHES counsel that they are expected to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   February 15, 2012**              /s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE